# IN THE UNITED STATES DISTRICT COURT MIDDLE DISTRICT, EASTERN DIVISION AT: MONTGOMERY, ALABAMA

GENE COGGINS
    Plaintiff

V:                            CIVIL ACTION NO: 3: 07CV 406-mef

| TALLAPOOSA COUNTY | TALLAPOOSA COUNTY |
|---|---|
| DISTRICT ATTORNEY OFFICE | SHERIFF DEPARTMENT |
| 125 BROADNAX ST. | 101 N. BROADNAX ST. |
| TALLAPOOSA COUNTY COURTHOUSE | DADEVILLE, AL 36853 |
| DADEVILLE, AL 36853 | |
|     Defendants | |

## THIS COMPLAINT IS FILED AGAINST THE DEFENDANT, ABOVE THAT IS INVOLVED IN DESTROYING MY CONSTITUTIONAL RIGHTS, AS AN AMERICAN CITIZEN

COMES NOW, THE PLAINTIFF, GENE COGGINS IN THE ABOVE STYLED

ACTION, AGAINST ALL DEFENDANTS INVOLVED, WITH PROPER;

| | | | |
|---|---|---|---|
| 1. | AUTHORITY, | 9. | CONCLUSION |
| 2. | SERVICE | 10. | AFFIDAVIT |
| 3. | WRIT OF CERTIORARI | 11. | MOTION TO APPEAR IN FORMA PAUPERIS |
| 4. | JURISDICTION | 12. | MOTION TO USE THE APPENDIX SYSTEM |
| 5. | COST OF ACTION | 13. | MOTION TO SHOW CAUSE |
| 6. | CAUSE OF ACTION | 14. | SUMMONS TO PRODUCE RECORDS |
| 7. | EVIDENCE OR FACTS | 15. | SUMMONS FOR DEFENDANTS |
| 8. | JUDGMENT, | | |

01.

1.    **AUTHORITY:**

I HAVE CHOSEN TO MANAGE MY OWN CASE AS GIVEN TO EVERY CITIZEN IN THE UNITED STATES, THAT EVERYONE HAS THE GUARANTEED CONSTITUTIONAL RIGHT TO REPRESENT THEM SELF IN ANY CASE IN ANY COURT IN THIS LAND.. Code 1852, s/s 737, Code 1867, s/s 871, Code 1876, s/s 790, Code 1886, s/s863, Code 1896, s/s 589, Code 1907, s/s 2981, Code 1923, s/s 6246, Code 1940, T. 46, s/s 41..

**A STATE CANNOT EXCLUDE A PERSON FROM THE PRACTICE OF LAW OR FROM ANY OTHER OCCUPATION IN A MATTER OR FOR REASONS THAT CONTRAVENE THE DUE PROCESS OF OR EQUAL PROTECTION CLAUSE OF THE FOURTEENTH AMENDMENT..** 535, U. S. At 238 - 239, 77 S. CT. At 756..

THE PRINCIPAL AUTHORITY AS A REASONABLY PRUDENT MAN USING DILIGENCE AND DISCRETION PRINCIPALS USUALLY INCLUDES WHAT EVER IS NECESSARY IN CARRYING OUT AND PROTECTING THE DUE PROCESS OF LAW AS FOUND IN THE 5th AMENDMENT OF THE UNITED STATES CONSTITUTION, AGAIN IN THE 14th AMENDMENT WHICH PROTECTS A PERSON FROM STATE ACTIONS WHERE THE PERSON IS GUARANTEED FAIR PROCEDURES AND SUBSTANTIVE UNDER SAFEGUARD FOR THE PROTECTION OF INDIVIDUALS RIGHTS, AS ESTABLISHED IN OUR SYSTEM OF JURISPRUDENCE FOR THE ENFORCEMENT AND PROTECTION OF PRIVATE RIGHTS..

**SERVICE:**

THE EXHIBITION OR DELIVERY OF A SUMMONS, WRIT, COMPLAINT, NOTICE OR ORDER BY AN AUTHORIZED PERSON, TO A PERSON WHO IS HEREBY NOTIFIED WITH A REASONABLE NOTICE TO DEFENDANT OF PROCEEDINGS TO APPEAR AND BE HEARD, BY EITHER ACTUAL PERSONAL DELIVERY, BY MAIL OR CAUSING TO BE PUBLISHED IN THE NEWSPAPER, THAT HE MUST TAKE ACTION OR TO FORBEAR.  IN DEFAULT AND DEFAULT JUDGMENT.  Fed. R. Civil. P. 4, 5, Fed. R. Crim. P. 4, 49..Chemical Specialties Sales Corp. Industrial Div. V: Basic Inc. D.C. Conn. 296 F. Supp. 1106, 1107, Fed. R. Civil P. 4(e)..Must comply to the Fair Labor Standards Act..

A CIVIL SUMMONS IS ENCLOSED FOR EVERY DEFENDANT LISTED IN THIS COMPLAINT, WITH NO EXCEPTIONS, BY WAVER, OR REMOVAL BY ANY ONE OTHER THAN THE PLAINTIFF.  THE CLERK IS REQUIRED TO HAVE A COPY OF THE SUMMONS AND COMPLAINT, HAND DELIVERED TO THE LAST KNOWN ADDRESS OF THE ABOVE DEFENDANTS, BY ANY U. S. MARSHALL, WITH A COPY OF DATE DELIVERED, BY WHOM, RETURNED TO PLAINTIFF AND THE ORIGINAL TO THE CLERKS OFFICE.  ANY VARIATIONS OF THIS REQUEST WILL BRING **FRAUD** AND **NEGLIGENCE** CHARGES AGAINST THE CLERKS OFFICE..  ALL SERVICES WILL BE MADE ACCORDING TO THE ABOVE FEDERAL RULES OF CIVIL P., ,.  .  THEREFORE SERVICE CANNOT BE USED AS A MEANS OF DISMISSAL.  **NEGLIGENCE** HAS ALREADY BEEN A PART OF THE CASE AGAINST MIKE COGGINS AND DIANNE HARRELSON.   THEY WERE SERVED WITH A SUMMONS BY THE SHERIFF

**03.**

DEPARTMENT AND NEVER ANSWERED THE COMPLAINT IN ANY FORM, WHEN I

FILED A DEFAULT AND DEFAULT JUDGMENT AGAINST THEM, THE CLERK DID

NOT ABIDE BY THE LAW GOVERNING THIS ACTION.  THIS NEGLIGENCE AND

INTENTIONAL FRAUD BY DECEIVING ANY UNFAIR ACT, CHEATING, CUNNING,

WITH INTENTIONS OF DECEIVING ANOTHER BY NOT ACTING UPON, BY THE

CONCEALMENT OF THE TRUTH TO HIS LEGAL RIGHTS, WHERE THE CLERK IS

REQUIRED TO ENTER DEFAULT AND DEFAULT JUDGMENT AGAINST THE

DEFENDANT IS COVERED IN FEDERAL RULE 55.  ALL OF THIS DENIAL AND NEVER

ACTED UPON BY THE CLERK MAKES THIS WRONGFUL ACT OF OMISSION

EMBRACES THE DISHONESTY CARRIED OUT BY THE CLERK.   Greco   V: Kresge

Co. 277, N. Y.  26, 12, N. E.  2d, 557, 562..  Hilkert V: Canning 58, Ariz.  290, 119, P.  2d, 233,

236.. .

**WRIT OF CERTIORARI:**
          A PRECEPT IN WRITING USUALLY IN THE FORM OF A LETTER THAT

REQUIRES A DESIRE TO COMMAND, EITHER AS THE COMMENCEMENT OF A LAW

SUIT OR OTHER PROCEEDINGS, REQUIRING THE PERFORMANCE OF A SPECIFIED

ACT GIVING AUTHORITY TO HAVE IT DONE EITHER AS THE COMMENCE OF A

SUIT, OR OTHER REQUIRED ACTS.  THE WORD WRIT HAS MANY VARIOUS NAMES

AND DESCRIPTIONS, ONE REFERS TO A FEDERAL ACT WHICH PERMITS FEDERAL

APPELLATE COURTS TO ISSUE ALL WRITS NECESSARY OR APPROPRIATE IN AID

OF OR TO THEIR RESPECTIVE JURISDICTION AND AGREEABLE TO THE USAGE AND

PRINCIPLES OF LAW.  28 U. S. C. A.  s/s1651..  THE WRIT OF CERTIORARI AS GIVEN

IN THE NON-CRIMINAL ACT , 11Cir.  R. ADDENDUM FIVE..

**JURISDICTION:**

WHERE THERE IS A CONSTITUTION RIGHT OR QUESTION INVOLVED IN A CASE, THEN THIS AUTOMATIC BECOMES AS ISSUE THAT MUST BE SETTLED IN FEDERAL COURT, WHERE EVER JURISDICTIONS REQUIREMENTS ARE MET.  THE LEGAL RIGHT EXIST WHEN THE COURT HAS COGNIZANCE OF CLASS OF CASES, INVOLVING PROPER PARTIES ARE PRESENT AND POINT TO BE DECIDED IS WITHIN THE POWER OF THE COURT.  United Cemeteries Co.  V: Strother, 342 Mo.  1155, 119, S. W. 2d, 762, 765..  Harder V: Johnson, 147 Kan.  440, 76 P.  2d, 763, 764..  JURISDICTION AMOUNT INVOLVED IN THIS PARTICULAR CASE;  Shabotzby V: Mas. Mut.  Ins.  Co.  D. C. N. Y.  21 F.  Supp.  166, 167.  VALUE OF THE OBJECT SOUGHT TO BE ATTAINED IN THIS CASE,  Mountain State Power Co.  V: City of Forsyth, D. C.  Mont.  41 Supp.  389, 390. Ronzio V: Denver &  R. G.  W. R. Co.  C. C.A.  Utah 116 F.  2d, 604, 606..  AS  LIMITED TO THE TOTAL MONETARY VALUE OF SUCH ACTION,. Fed. R.  28, U. S. C. A.  s/s s/s 1331, 1332...  THE  LEGAL POWERS OF THIS COURT TO RENDER A JUST DECISION AND PERSONAL  JUDGMENT AGAINST THE DEFENDANTS , IN THIS ACTION OR PROCEEDINGS ARE FOUND IN; Imperial   V: Hardy La.  302, So.  2d, 05, 07.. . THE SCOPE AND EXTENT OF JURISDICTION FOR FEDERAL COURTS IS GOVERNED BY, 28 U. S. C. A. s/s 1251, et seq. WHERE JURISDICTION IS THE POWER INTRODUCED FOR THE PUBLIC GOOD, OR FOR THE ACCOUNT OF DISPENSING FAIR JUSTICE TO ALL CITIZENS  JURISDICTION IS NOT LIMITED TO SUBJECT MATTER, OR AMOUNT SOUGHT IN THE  LITIGATION, BUT FACTS MUST EXIST FOR THE FEDERAL COURT TO HAVE PROPER JURISDICTION ON ANY PARTICULAR CASE;

**05.**

1.    IS THAT THE DEFENDANT HAS BEEN PROPERLY SERVED WITH ON GOING

      PROCESS,

2.    THAT THE CONTROVERSY EXCEEDS A CERTAIN SUM,

3.    THAT THE PARTIES ARE CITIZENS OF THE UNITED STATES.. Nobel V: Union

      River Logging Railroad Co.  147 U. S.  165, 13, S. Ct. 271, 37, L. Ed. 123..   ALL OF

      THE ABOVE QUALIFICATIONS FOR PROPER JURISDICTION ARE MET,

ACCORDING TO THE ABOVE EXAMPLES,     THE EVIDENCE INVOLVED,

REQUIRING THE CLERK INVOLVED, TO PRODUCE,  THE PAPERWORK INVOLVED IN

THIS CASE BY MEANS OF A SUMMONS...

**COST OF ACTION;**
      THE LEGAL TERM FOR COST OF ACTION IS COVERED UNDER MY

GUARANTEED RIGHT BY THE CONSTITUTION OF THE UNITED STATES, TO EVERY

CITIZEN HAS THE RIGHT TO APPEAR IN FORMA  PAUPERIS AS FOUND IN FED.  R.

APP.  P.  39,   WITH **NO FEES, COST, OR GIVEN SECURITY IN ANY FORM,**

**THEREFORE ADDED ON.   FED.  R.  28 - 38, U. S. C.**   MAY V; WILLIAMS 17 AL.  23

(1849)..  THIS DECISION CANNOT BE MADE BY ANY JUDGE OR CLERK FOR THIS IS

A GIVEN LAW, GOVERN THIS ACTION....

**CAUSE OF ACTION:**

      THIS BEGIN WHEN WITH MY GUARANTEED CONSTITUTION RIGHTS

FOR A SPEEDY TRIAL, AS GIVEN IN THE FEDERAL ACT OF 1974, SET OUT AND

ESTABLISHED TIME LIMITS ON ANY EVENTS THAT ARE CARRIED OUT IN THE

JUDICIAL SYSTEM AS SO PLACED ON THE SHORT TERM CALENDER SO AS TO

**06.**

ASSURE A SPEEDY TRIAL. THE 7th AMENDMENT OF THE UNITED STATES

CONSTITUTION REQUIRES A TRIAL BY AN IMPARTIAL JURY, EITHER **CIVIL OR**

**CRIMINAL ON ALL ISSUES** BETWEEN THE PARTIES, WHETHER THEY BE ISSUES OF

LAW OR FACTS WITH NO RESTRAINTS OR ILLEGAL COST ADDED ON, BEFORE A

COURT THAT HAS PROPER JURISDICTION.. Fed. R. Civil P. 38(a), 48, Crim. P. 23, 33,

Fed. R. Civil P. 59

AFTER ABOUT TWO YEARS OF DOING NOTHING, IN THE PROBATE OFFICE

ABOUT SETTLING MOTHERS WILL, I APPEALED THIS TO THE CIRCUIT COURT IN

TALLAPOOSA COUNTY, SEVERAL MONTHS LATER I RECEIVED A NOTICE THAT

THIS APPEAL WAS DENIED FOR NOT PAYING COST OF APPEAL TO CLERK. HERE

AGAIN BY GUARANTEED CONSTITUTIONAL RIGHT HAS BEEN VIOLATED, MY

RIGHT TO APPEAL ANY AND ALL DECISIONS MADE IN A LOWER COURT WITHOUT

ANY FORM OF FEES, COST, BOND, OR GIVING ANY FORM OF SECURITY, ADD3ED

ON, NO RESTRAINTS, OR ILLEGAL COST. FED. R. APP. 28-38, FED R. CIVIL P. 48

Crim. P. 23 - 33, FED. r. CIVIL P. 59...

LOOK AT THE TIMES I MADE REPORTS TO THE SHERIFF OFFICE ABOUT

THE ILLEGAL BREAK IN, STEALING, AND DAMAGING TO MY HOUSE AND

PROPERTY. THAT MY NEPHEW (MIKE COGGINS), WAS MAKING, THEY NEVER

MADE ANY EFFORT TO STOP HIM. NO INVESTIGATIONS WERE MADE AS TO THE

PROPERTY OWNER (BY TRUE DEED), OR ANY OTHER WRITTEN DOCUMENT.

AFTER TRYING TO HAVE THE SHERIFF OFFICE TO STOP THIS ILLEGAL DAMAGE

(DOZENS OF TIMES), BEING DONE TO MY HOUSE, I TOLD HIM MANY TIMES TO

STAY OFF OF THIS PROPERTY, WITH NO RESULTS. AFTER MIKE REMOVED THE

OUTSIDE DOORS AND STOLE MANY THINGS FROM THE HOUSE ONE THURSDAY, I

WENT BY THE SHERIFF OFFICE TO MAKE ANOTHER REPORT AND TRIED TO SWEAR

OUT A WARRANT, AGAIN WITH NO RESULTS. BEFORE LEAVING THE SHERIFF

CAME OUT AND TOLD ME THAT JACKSON'S GAP POLICE HAD AN WARRANT OUT

FOR MY ARREST. I WAS PLACED IN JAIL AND ABOUT TWO HOURS LATER THE

JACKSON'S GAP POLICE OFFICER CAME IN AND MADE OUT A WARRANT AGAINST

ME FOR DOMESTIC VIOLENCE, AND MENACING. HERE AGAIN MY GUARANTEED

CONSTITUTION RIGHTS WERE VIOLATED. IN AMENDMENT #5 NO PERSON SHALL

BE HELD TO ANSWER FOR A CAPITAL , OR OTHER WISE ANY OTHER INFAMOUS

CRIME UNLESS AN INDICTMENT BY A GRAND JURY. NO CITY, COUNTY OR STATE

CAN CHANGE THIS OR CREATE THEIR OWN METHODS, LIKE ABOVE BY PLACING IN

JAIL FIRST BEFORE THE WARRANT HAS BEEN SERVED, HOLDING ANYONE FOR

TWELVE HOURS. BEFORE AN INDICTMENT HAS BEEN HANDED DOWN. WHERE

THERE ARE UNEDUCATED PEOPLE IN PUBLIC OFFICE, MAKING THIS KIND OF

ILLEGAL ARREST AND CHARGES AGAINST PROPERTY OWNERS THAT HAVE HAD A

TRUE DEED, TRYING TO DEFEND THEIR OWN PROPERTY, BORN AND LIVED IN

THIS COUNTY AND STATE, THERE CAN BE ONLY ONE EXPLORATION AS TO WHY ..

THE SHERIFF OFFICE CHOOSES TO SUPPORT A LIFE TIME CRIMINAL, DRUG

PUSHER, DOPE ADDICT, THAT STEALS AND DESTROYES EVERY THING HE CAN TO

SUPPORT HIM AND HIS HABITS. BY NOT SERVING AN ARREST WARRENT AGAINST

HIM, INDICATES THAT THE U.S. ATTORNEY GENERAL NEEDS TO BE NOTIFIED OF

08.

THIS RELATIONSHIP, BETWEEN THESE.  AGAIN THE JACKSON'S GAP POLICE

DEPARTMENT AND THE TALLAPOOSA COUNTY SHERIFF OFFICE DENIES ANY ONE

ANY CONSTITUTIONAL RIGHTS IN THIS COUNTY, AMENDMENT NUMBER 4., STATES

THAT PEOPLE HAVE THE RIGHT TO BE SECURE IN THEIR OWN HOUSES, PAPERS,

AND OTHER EFFECTS, AGAINST UNREASONABLE SEARCHES AND SEIZURES, SHALL

NOT BE VIOLATED AND **NO WARRANT SHALL BE ISSUED,** BUT UPON PROBABLE

CAUSE.  WHEN I HAD A WARRANT SWORN OUT FOR HIM FOR STEALING AND

DAMAGING MY PROPERTY AT THE CLERKS OFFICE, THEY REFUSED TO SETTLE.

WHEN I ASKED FOR A COPY OF WHAT SUPPOSED TO BE PUBLIC RECORDS, I WAS

DENIED THIS REQUIRES AN ORDER TO SHOW CAUSE TO BE ISSUED AGAINST

THE CLERKS OFFICE...

THIS HAS BECOME A REGULAR THING WITH THE ABOVE DEFENDANTS.

THEY DON'T BELIEVE IN GUARANTEED CONSTITUTION RIGHTS, OR ANY FEDERAL

LAW THAT MAY APPLY TO THEM.  THEY HAVE THE ATTITUDE PROBLEM THAT

THEY CAN DO NO WRONG AND THEY HAVE THE RIGHT TO DECIDE WHAT

CONSTITUTION OR FEDERAL LAWS THEY WANT TO APPLY TO WHOM THEY

CHOOSE.

**EVIDENCE OR FACTS:**

ALL EVIDENCE CAN BE FOUND IN THE PAPER WORK FILED IN COURT

AGAINST ME,   STARTING WITH CASE NO.  CV - 05 - 077, FOLLOWING WITH THE

APPEALS TO UNITED STATES DISTRICT COURT.    I THEREFORE REQUIRE A

SUMMONS TO ALL CLERKS INVOLVED FROM THE BEGINNING OF THIS CASE UNTIL

FINAL TO PRODUCE A COPY OF ALL RECORDS INVOLVED AGAINST  ME,

09.

**JUDGMENT:**

1. A FINE OF ONE MILLION DOLLARS FOR EVERY DEFENDANT, FOR DESTROYING MY GUARANTEED CONSTITUTIONAL RIGHTS,

2. FOR FRAUD AND NEGLIGENCE CHARGES , ONR MILLION DOLLARS, PER DEF..

3. FOR ALLOWING MIKE COGGINS TO STORE HIS JUNK IN MY HOUSE AND ON MY PROPERTY, A FINE OF **TEN THOUSAND DOLLARS PER DAY,** FROM DAY OF SERVICE, UNTIL REMOVED.

4. FOR CONVERGING, AND PROTECTING A DRUG ADDICT AND THIEF, (MIKE COGGINS),  NOT PROVIDING PROTECTION TO PROPERTY OWNER, A FINE OF FIVE HUNDRED THOUSAND DOLLARS,, PER DEFENDANT.

5.. FOR MAKING ILLEGAL ARREST AND TIME SPENT IN JAIL, ARRESTED BEFORE WARRANT WAS SERVED, DENYING MY DUE PROCESS OF LAW, NOT ABIDING BY THE RESTRAINING ORDER, A FINE OF ONE MILLION DOLLARS..

6. IF ANY ADDITION APPEALS HAVE TO BE MADE THE TOTAL JUDGMENT IS TO TRIPLE, FOR EVER APPEAL..

7. IF ANY ONE INVOLVED IN THIS CASE LIKE  SHERIFF, INVESTIGATORS, OR CLERK FAILS TO CARRY OUT THEIR REQUIRED DUTY, A FINE OF TEN THOUSAND DOLLARS PER DAY MUST BE ADDED.

8. FOR NOT IN FORCING THE PERMANENT  RESTRAINING ORDER THAT WENT INTO EFFECT AFTER MIKE FAILED TO ANSWER THE COMPLAINT AND DEFAULT AND DEFAULT JUDGMENT WAS FILED AGAINST HIM..    UNDER ALABAMA LAW, AS LISTED ON THE SUMMONS, EVERY THING ASKED FOR IN

**10.**

THE COMPLAINT MUST BE GRANTED, A FINE OF TEN THOUSAND DOLLARS

PER DAY. FROM SERVICE, UNTIL FINAL..

9.    FOR NOT SERVING WARRANTS ON MIKE COGGINS, FOR THE STEALING AND

DESTRUCTION ON MY PROPERTY, ABOUT 15 TIMES THIS WAS REPORTED

WITH NO RESULTS, THEREFORE AN ADDITIONAL THREE MILLION DOLLARS

WOULD BE AN APPROPRIATE FINE. AGAIN DENYING MY DUE PROCESS OF

LAW .

10.    A SECURITY BOND MUST BE POSTED FOR ALL DEFENDANTS, THREE TIMES

THE AMOUNT OF THE REQUESTED JUDGMENT MADE PAYABLE TO THE

PLAINTIFF, IF FINAL SETTLEMENT IS NOT MADE WITHIN THIRTY DAYS

FROM SERVICE..

THE SAME JUDGMENT, WITH ORDER TO SHOW CAUSE, APPLIES TO THE

CIRCUIT CLERK, FRANK LUCKUS, FOR NOT ABIDING BY THE LAW GOVERNING

FILING DEFAULT , AND DEFAULT JUDGMENT. AFTER ALL DEFENDANTS ARE

PROPERLY SERVED AND FAIL TO PLEAD, ANSWER, OR OTHER WISE, DEFEND,

THEY ARE IN DEFAULT, WHEN A MOTION FOR DEFAULT AND DEFAULT

JUDGMENT IS ENTERED AGAINST THEM BY THE PLAINTIFF, THE CLERK IS

ORDERED TO ENTER THIS AGAINST THE DEFENDANTS AND WHAT EVER IS

DEMANDED IN THE COMPLAINT MUST BE GRANTED. FED. RULE 55. ALL OF THIS

WAS NEVER ACTED UPON BY THE CLERK. THIS IS A GIVEN LAW NOT TO BE

DENIED BY ANY COURT, THIS WRONGFUL ACT OF OMISSION EMBRACES THE

DISHONESTY CARRIED OUT BY THE OFFICE OF THE CLERK. Greco V: S. S. Kresge

11.

Co. 2777, N. Y.  26, 12, N. E. 2d, 557, 562.  Hilkert  V: Canning 58 Ariz.  290, 119, P 2d, 233,

236..  THE CLERK ONLY ROLL IN A CASE IS TO FILE AND KEEP THE PAPER WORK,

AS REQUIRED BY LAW FOR THE COURT AS EVERY CASE REQUIRES.

**CONCLUSION:**

LOOKING AT THE LAST CASE I APPEALED TO THE UNITED STATES DISTRICT

COURT, EVERY ILLEGAL EXCUSE WAS USED TO AVOID THE SETTLEMENT OF THIS

CASE.   THIS MUST BE HEARD BY AN IMPARTIAL FEDERAL JUDGE THAT IS NOT IN

BEDDED, INFLUENCED BY THE ALABAMA BAR ASSOCIATION,   CORRUPT

LAWYERS FROM THE ATTORNEY GENERALS OFFICE,   NO MAGISTRATE JUDGE

CAN BE INVOLVED BY LAW, THEY CAN BE APPOINTED ONLY IN MINOR OFFENSES

BY THE FEDERAL DISTRICT JUDGE, AND THIS CONSTITUTIONAL RIGHT VIOLATION

IS NOT A MINOR OFFENSE.    IF THE FEDERAL DISTRICT JUDGE FEELS LIKE HE

CANNOT ISSUE A  FAIR AND JUST DECISION BASED UPON THE EVIDENCE

PRESENTED,   THEN HE MUST RETIRE FROM THIS CASE AND LET AT LEAST THREE

JUDGES DETERMINE THE SETTLEMENT, NEEDED TO FINALIZE THIS CASE. ..


GENE COGGINS  Pro  st.
1436 COUNTY RD. #299
LANETT, AL 36863
(334) 576 - 3263  .


cc:
UNITED STATES
DISTRICT ATTORNEY
WASHINGTON, D. C.                    **12.**

**INVOLVED CASES:**

1.   CV - 05 - 077   NOVEMBER 08, 2005   CHAMBERS COUNTY, LANETT, AL

2.   CV - 05 - 077   NOVEMBER 17, 2006   CHAMBERS COUNTY

3.   3:06 CV 1112 - MEF   APPEAL   U.S. DISTRICT COURT   MONT, AL.

4.   2005 - 0084   TALLAPOOSA COUNTY DADEVILLE

5.   168574   CHAMBERS COUNTY             .

6.   3:04 - CV - 506 - M   TALLAPOOSA COUNTY

7.   06 - 00687 CV - 3 - WHA - DRB - 0   DISTRICT COURT MONT.

8.   06 -16194 - B   APPEAL COURT   ATLANTA, GA

9.   INC.  04 - 400   MONTGOMERY, AL

10.  INC.  05 - 1243   MONTGOMERY, AL

11.  CV - 04 - 94   TALLAPOOSA COUNTY

12.  MC - 07 - 03   TALLAPOOSA COUNTY