# IN THE UNITED STATES DISTRICT COURT MIDDLE DISTRICT, EASTERN DIVISION AT: MONTGOMERY, ALABAMA

GENE COGGINS
    Plaintiff

V:                                    CIVIL ACTION NO 3:07CV406-mef

TALLAPOOSA COUNTY and
TALLAPOOSA COUNTY SHERIFF DEPARTMENT
    Defendants

## MOTION TO USE THE APPENDIX SYSTEM

COMES NOW, THE PLAINTIFF GENE COGGINS, ELECTS TO USE THE APPENDIX SYSTEM, ACCORDING TO AND IN PURSUANT TO RULE 34 (A), I DO NOT DESIRE ORAL ARGUMENT, FOR ALL ISSUES ARE ESTABLISHED LAWS.

*Gene Coggins*
GENE COGGINS
1436 COUNTY ROAD #299
LANETT, AL 36863