IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| GENE COGGINS, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| v. | ) CASE NO.: 3:07-cv-406-MEF-SRW |
| | ) |
| TALLAPOOSA COUNTY DISTRICT | ) |
| ATTORNEY OFFICE and TALLAPOOSA | ) |
| COUNTY SHERIFF DEPARTMENT, | ) |
| | ) |
| DEFENDANTS. | ) |

# **ORDER**

It is ORDERED that the Motion to Use the Appendix System (Doc. # 3) and the Motion to Show Cause (Doc. # 4) are DENIED.

DONE this the 17th day of May, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE