IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| GENE COGGINS, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| v. | ) CASE NO.: 3:07-cv-406-MEF-SRW |
| | ) |
| TALLAPOOSA COUNTY and | ) |
| TALLAPOOSA COUNTY SHERIFF | ) |
| DEPARTMENT, | ) |
| | ) |
| DEFENDANTS. | ) |

## **ORDER**

It is hereby ORDERED that on or before **June 8, 2007**, Plaintiff shall file an amended complaint setting forth the *factual basis* for his claims *against Tallapoosa County*. In conformity with the requirements of Federal Rule of Civil Procedure 8(a), the amended complaint must also include a *short and plain statement of the grounds on which this Court's subject matter jurisdiction depends*.

DONE this the 30th day of May, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE