# IN THE DISTRICT COURT OF THE UNITED STATES FOR THE MIDDLE DISTRICT EASTERN DIVISION, AT: MONTGOMERY, ALABAMA

GENE COGGINS Pro st
1436 COUNTY ROAD #299
LANETT, AL 36863
      Plainttiff
V;

CIVIL ACTION NO. 3:07-CV-406-MEF

TALLAPOOSA COUNTY and
TALLAPOOSA COUNTY
SHERIFF DEPARTMENT
      Defendant

## AMENDED COMPLAINT

COMES NOW, THE PLAINTIFF GENE COGGINS WITH THIS AMENDED COMPLAINT AS IN ORDER FILED 06,08, 2007. IN SIMPLE LANGUAGE THE WHO, WHAT, WHERE, WHEN, WHY, HOW, AND GROUNDS FOR THIS COURT SUBJECT MATTER:

**WHO:**
    ON PAGE ONE OF MY ORIGINAL COMPLAINT, THE DEFENDANTS ARE LISTED AS TALLAPOOSA COUNTY AND TALLAPOOSA COUNTY SHERIFF DEPARTMENT. ON THE INDIVIDUAL SUMMONS INCLUDED. THE DEFENDANTS WERE LISTED AS TALLAPOOSA COUNTY AND TALLAPOOSA COUNTY SHERIFF DEPARTMENT. NO WHERE IN THE COMPLAINT OR SUMMONS WERE ANY OTHER DEFENDANTS LISTED OR INDICATED AS SUCH.

01.

**WHAT:**

HERE THIS COMPLAINT IS BASED UPON DIFFERENT CASES FILED IN LOCAL COURTS AND FEDERAL DISTRICT COURT IN MONTGOMERY, ALABAMA.. AGAIN ON THE FRONT PAGE OF MY COMPLAINT CENTER PAGE IN BOLD LETTERS, "THIS COMPLAINT IS FILED AGAINST THE DEFENDANTS ABOVE THAT IS INVOLVED IN DESTROYING MY CONSTITUTIONAL RIGHTS, AS AN AMERICAN CITIZEN", WITH THE ABOVE INDICATING THAT THE DEFENDANTS INVOLVED IN THIS ILLEGAL OPERATIONS ARE TALLAPOOSA COUNTY and TALLAPOOSA COUNTY SHERIFF DEPARTMENT. AS AN AMERICAN CITIZEN I HAVE THE RIGHT TO DEMAND FAIR AND EQUAL JUSTICE, NOT BECAUSE I AM POOR AND CANNOT AFFORD A LAWYER, OR BE WILLING TO SETTLE FOR ONE APPOINT BY ANY COURT, FOR I BELIEVE THAT MY GUARANTEED CONSTITUTIONAL RIGHTS ARE AS IMPORTANT TO ME, AS THEY DON'T SEEM TO BE TO YOU.

**WHERE:**

HERE I ASSUME YOU ARE REFERRING TO THE PROPER JURISDICTION, I BELIEVE THAT ITEM NO 04, PAGE 05 - 06, HAS COVERED THIS WITH THE QUALIFICATIONS THAT ARE REQUIRED IN THE FEDERAL RULES OF CIVIL P.

**WHEN:**

AGAIN TALLAPOOSA COUNTY AND THE TALLAPOOSA COUNTY SHERIFF DEPARTMENT, HAS OVER MANY YEARS DENIED PROTECTION TO MY FAMILY, I HAVE BEEN MANY TIMES TO SWEAR OUT WARRANTS FOR DIFFERENT INDIVIDUALS FOR STEELING AND DAMAGING TO THINGS I KEPT AT MOTHERS HOUSE, THE WARRANTS WERE NEVER SERVED, OR ANY THING DONE. THEIR ONLY JOB IS A DO NOTHING APPROACH TO EVERY OCCASION. EVERY TIME I

BROUGHT SOMETHING TO COURT, IT WOULD BE FOUR YEARS OR MORE BEFORE A HEARING, THAT WAS USUALLY DISMISSED OR MY RIGHT TO A JURY TRIAL WOULD BE DENIED, OR MY RIGHT TO APPEAL WOULD BE DENIED, OR A CHARGE WOULD BE ADDED TO EVERY GUARANTEED CONSTITUTION RIGHT THAT I PRESENTED.

**WHY:**
I BELIEVE THAT THE WHY IS ANSWERED COMPLETELY IN MY ORIGINAL COMPLAINT AS FOUND IN ITEM NO 06, PAGE 06 - 09, UNDER THE CAUSE OF ACTION.  A SHORT STATEMENT WOULD BE TO READ ALL OF THIS CAUSE OF ACTION, THAT INVOLVES BOTH PARTIES EQUALLY IN THIS ILLEGAL MEANS OF DENYING AND DESTROYING ALL OF MY GUARANTEED CONSTITUTIONAL RIGHTS AS AN AMERICAN CITIZEN.   IF THIS CASE IS NOT FINALE IN THIS COURT, ALL INDICATIONS THAT THIS WILL BE WORST IN THE FUTURE FOR ME, WITH NO RECOURSE IN STOPPING THESE ILLEGAL ACTIONS.

**HOW:**
THE HOW THIS CAME ABOUT CAN BE FOUND IN MY ORIGINAL COMPLAINT UNDER EVIDENCE OR FACTS, ON PAGE 09.   ANOTHER HOW WOULD COME FROM YOUR FINAL ORDER, THAT WILL DETERMINE THE NEXT PROCEDURE OR WHAT AVENUE I HAVE TO TAKE IN RECEIVING A FAIR AND JUST DECISION OF THESE ISSUES.

**GROUNDS:**
COVERS THE PERFORMANCE AT THE COMMENCEMENT OF A LAW SUIT, PERFORMANCE OF A SPECIFIED ACT, OR OTHER REQUIRED ACTS, WHICH

PERMITS COURTS TO APPROPRIATE RESPECTIVE JURISDICTIONS AND AGREEABLE TO THE USAGE AND PRINCIPALS OF LAW.   U. S. C. A. 28, s/s 1651. EXAMPLE;  LIKE TAKING THE OATH OF OFFICE, AND NEVER ABIDING BY ANY STATEMENT THAT WAS MADE, TO UPHOLD THE CONSTITUTION OF THE UNITED STATES, GUARANTEEING EVERY CITIZEN THE RIGHT TO BE HEARD IN COURT, AND KEEPING THE DUE PROCESS OF LAW FAIR AND EQUAL JUSTICE TO ALL AMERICAN CITIZENS, BY NOT ALLOWING ANY GUARANTEED CONSTITUTION RIGHT TO BE AVOIDED, OR LEFT OUT, IN THIS CASE.

**CONCLUSION:**
   I HOPE THAT THIS AMENDED COMPLAIN ALONG WITH MY ORIGINAL WILL SUPPLY ALL OF THE ANSWERS THAT YOU ARE LOOKING FOR, TO HELP BRING CLOSURE TO THIS INJUSTICE THAT HAS PLAGUED ME FOR YEARS.

   I HEREBY CERTIFY THAT I HAVE ANSWERED ANY AND ALL REQUIRED QUESTIONS TO THE BEST OF MY KNOWLEDGE, AND ARE TRUE AS TO THE ACCESS, THAT I HAVE REQUIRED IN THIS CASE.

*Gene Coggins*
GENE COGGINS