**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Tallapoosa County
c/o Frank Luckus, Clerk
Tallapoosa County Courthouse
125 No. Broadnax
Dadeville, AL  36853

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Frank Horne_        ☐ Agent
                      ☐ Addressee

B. Received by ( Printed Name)          C. Date of Delivery

_Brandi Horne_          7.11.07

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

07 CV 404

3. Service Type
   ☑ Certified Mail      ☐ Express Mail
   ☐ Registered          ☑ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)          ☐ Yes

2. Article Number
   (Transfer from service label)

7006 2760 0005 4873 2472

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540