IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

GENE COGGINS,                     )

                          )

    Plaintiff,              )

v.                          )   CASE NO. 3:07-cv-406-MEF

                          )

TALLAPOOSA COUNTY DISTRICT  )

ATTORNEY OFFICE, *et al.,*     )

                          )

    Defendants.        )

# **O R D E R**

Upon consideration of the plaintiff's Motion for Default and Default Judgment (Doc. #16) on July 16, 2007, it is hereby

ORDERED that the motion is DENIED.

DONE this 20th day of July, 2007.

                                 /s/ Mark E. Fuller
                        CHIEF UNITED STATES DISTRICT JUDGE