IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| GENE COGGIN,           ) | |
|                       ) | |
|     Plaintiff,         ) | |
| v.                    ) | CASE NO. 3:07-cv-0406-MEF |
|                       ) | |
| TALLAPOOSA COUNTY DISTRICT ) | |
| ATTORNEY OFFICE,       ) | |
|                       ) | |
|     Defendant.         ) | |

## **O R D E R**

Upon consideration of the plaintiff's "Motion for Final Order" (Doc. #18) filed on July 25, 2007, it is hereby

ORDERED that the motion is DENIED.

DONE this the 31st day of July, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE