IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| GENE COGGINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 3:07-cv-0406-MEF-TFM |
| | ) |
| TALLAPOOSA COUNTY, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Upon of review of Defendant's *Motion to Dismiss Plaintiff's Complaint* (Doc. 21, filed August 1, 2007), it is hereby

**ORDERED** that the motion be submitted without oral argument on **August 31, 2007.**

It is further **ORDERED** that the Plaintiff, Gene Coggins, file a response which shall include a brief and evidentiary materials on or before **August 24, 2007**. Defendant may file a reply brief on or before **August 31, 2007**.

The parties are further advised that they are required to submit a paper courtesy copy of briefs and supporting evidence to the Chambers of the undersigned. For those submissions (including briefs and evidentiary materials) that exceed twenty-five (25) pages, the courtesy copy shall be bound in a three-ring binder and tabbed.

**IN DEFERENCE TO THE PLAINTIFF'S STATUS AS A NON-LAWYER, PRO-SE LITIGANT, THE COURT ADVISES:**

1. The *pro se* Plaintiff is advised that if he fails to file *any* response, the court will proceed to decide on the merits of Defendant's motion without the benefit of his response.

2. Failure to follow the requirements of this Order in responding to the Defendant's motion may result in the entry of a final judgment in Defendant's favor without any trial.

DONE this 7th day of August, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE