# IN THE DISTRICT COURT OF THE UNITED STATES FOR THE MIDDLE DISTRICT, EASTERN DIVISION, AT: MONTGOMERY, ALABAMA

RECEIVED

2007 AUG 15 A 9: 2?

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

GENE COGGINS Pro st
1436 COUNTY ROAD #299
LANETT, AL 36863
      Plainttiff

V;

                                  DIST. COURT NO. 3:07 -CV- 00406 -MEF - SRW


TALLAPOOSA COUNTY and
TALLAPOOSA COUNTY SHERIFF DEPART.
                  Defendants

## REPLY TO DEFENDANTS ANSWER

COMES NOW, GENE COGGINS, THE ABOVE PLAINTIFF WITH THIS REPLY TO THE ABOVE DEFENDANT ANSWER, FOR DENYING MY GUARANTEED CONSTITUTION RIGHTS AS GIVEN IN THE CONSTITUTION OF THE UNITED STATES. THESE GUARANTEED RIGHTS ARE ESTABLISHED LAWS , DOMINATING BY THE CONSTITUTION , WITH PRESTIGE OVER ALL OTHER LAWS, AND NON - DEBATABLE. ON THE FIRST PAGE OF DEFENDANTS ANSWER ITEM NO.1, AS, "THE PLAINTIFF COMPLAINT FAILS TO STATE A CLAIM, UPON WHICH RELIEF MAY BE GRANTED," AND ON THE LAST LINE SAME PAGE UNDER ANSWER, "THE DEFENDANTS DENIES THAT ANYONE ACTED AS TO DEPRIVE THE PLAINTIFF OF HIS CONSTITUTIONAL RIGHTS." ANSWERING HIS OWN QUESTION.

**01.**

UNDER ITEM NO 2., THE DEFENDANT TRIES TO TIE ANOTHER CASE TO THIS CASE, THAT IS ENTIRELY A DIFFERENT CASE.  THE DEFENSE USED BY THE DEFENDANT UNDER ITEM NO.3 STATES THAT FED. RULE  CIV. P.  R. 8   THAT THE PLAINTIFF'S COMPLAINT FAILED IN A SHORT AND PLAIN STATEMENT SHOWING THE RELIEF HE IS ENTITLED TO.    I KNOW IT IS VERY HARD FOR ANYONE TO .UNDERSTAND WHAT THE FIRST PAGE OF MY COMPLAINT STATED, IN THE MIDDLE OF THE PAGE IN LARGE BOLD BLACK LETTERS,**"THIS**

**COMPLAINT IS FILED AGAINST THE DEFENDANTS ABOVE THAT IS INVOLVED IN DESTROYING MY CONSTITUTIONAL RIGHTS AS AN AMERICAN CITIZEN.**

THIS IS SO PLAIN THAT MY SEVEN YEAR OLD GRAND DAUGHTER UNDERSTANDS.  IN ITEM NO 4, AND 5, " THE DEFENDANT IN THIS ACTION IS ENTITLED TO IMMUNITY."   HERE THE DEFENDANT 'S ATTORNEY REFUSES TO ACCEPT THAT THE 11th AMENDMENT OF THE UNITED STATES CONSTITUTION AS THE DOMINANT LAW THAT PREVAILS OVER ANY OTHER FEDERAL OR STATE LAW, GIVES EVERY CITIZEN OF THIS STATE THE RIGHT TO SUE OR BE SUED BY OTHER CITIZENS WITHIN THIS STATE, WITH NO EXCEPTIONS.   ALL OF THE ALABAMA LAWS USED HERE HAVE NO AUTHORITY OVER THE FEDERAL COURTS AND THIS CASE IS IN THE UNITED STATES FEDERAL COURT.

HERE IN ITEM NO 6, STATES THAT," THE PLAINTIFF HAS NOT EXHAUSTED HIS  REMEDIES UNDER THEE ALABAMA LAW.    THIS HAS TO BE A JOKE, FOR A

UNITED STATES CONSTITUTION VIOLATION, MUST BE SETTLED ONLY IN
FEDERAL  DISTRICT COURTS

THERE AGAIN IN ITEM NO.  7 , "THE DISTR5ICT COURT HAS NO
JURISDICTION OVER THIS MATTER," WHEN ANY QUESTION, OR ACTION
INVOLVED A GUARANTEED UNITED STATES CONSTITUTIONAL RIGHT AS GIVEN
IN THE DUE PROCESS OF LAW, THE FEDERAL COURTS ARE THE ONLY ONE
THAT HAVE JURISDICTION OVER THIS MATTER, FOR A STATE COURT CANNOT
SETTLE ANY GUARANTEED RIGHT, MADE AND ENFORCED BY THE FEDERAL
GOVERNMENT..  **A STATE CANNOT EXCLUDE A PERSON FROM THE**
**PRACTICE OF LAW OR FROM ANY OTHER OCCUPATION IN A MATTER OR FOR**
**ANY REASONS THAT CONTRAVENE THE DUE PROCESS OF OR EQUAL**
**PROTECTION CLAUSE OF THE 14th AMENDMENT..**   535, U. S. At 238,  77 S.  Ct. At
756.   THE PRINCIPAL AUTHORITY AS A REASONABLY PRUDENT MAN, USING
DILIGENCE  AND DISCRETION PRINCIPALS USUALLY INCLUDES WHAT EVER IS
NECESSARY IN CARRYING OUT AND PROTECTING THE DUE PROCESS OF LAW AS
FOUND IN THE 5th AMENDMENT OF THE UNITED STATES CONSTITUTION, AGAIN
IN THE 14th AMENDMENT WHICH PROTECTS A PERSON FROM STATE ACTIONS,
WHERE THE PERSON IS GUARANTEED FAIR PROCEDURES AND SUBSTANTIVE
UNDER SAFEGUARD FOR THE PROTECTION OF INDIVIDUALS RIGHTS, AS
ESTABLISHED IN OUR SYSTEM OF JURISPRUDENCE FOR THE ENFORCEMENT OF
PRIVATE RIGHTS.   THE SCOPE AND EXTENT OF JURISDICTION FOR FEDERAL
COURTS SI GOVERNED BY THE PROPER USAGE OF FED. R.  28 U. S. C. A.  s/s 1251,
et.  Seq.                                   **03.**

THE LEGAL RIGHT EXIST WHEN THE COURT HAS COGNIZANCE OF CLASS OF

CASES, INVOLVING PROPER PARTIES ARE PRESENT AND THE POINT (S) TO BE

DECIDED IS WITHIN THE POWER OF THE COURT     United Cemeteries Co.  V:

Strother, 342 Mo.  1155, 119,  S. W.  2d, 762, 765.. Harder  V: Johnson, 147 Kan 440, 76 P.

2d, 763, 764..

ITEM NO . 8, " PLAINTIFF FAILS TO ALLEGE ANY AFFIRMATIVE CAUSAL

LINK BETWEEN THE DAMAGE TO PLAINTIFF'S HOUSE AND THE ALLEGED ACTS

OF THE DEFENDANT.".. THE PROTECTION OF ANY CITIZEN AND HIS PROPERTY

IS A PART OF THE SWORN DUTY IN THE OATH OF OFFICE, TAKEN BY ALL POLICE

OFFICERS.

ITEM NO. 9, WHERE "PLAINTIFF FAILS TO ALLEGE ANY CONSTITUTIONAL

DEPRIVATION OR DEFENDANTS DIRECT PARTICIPATION IN ANY ALLEGED

CONSTITUTIONAL VIOLATION."   ANY VIOLATION OF A GUARANTEED

CONSTITUTIONAL RIGHT, MADE BY ANY PUBLIC  OFFICIAL CREATES AND

BREAKS THIS OATH OF OFFICE IS A CRIMINAL OFFENCE AND GUILTY OF

PERJURY ALSO.   UNDER THE UNITED STATES CONSTITUTION, AMENDMENT NO

4, STATES THAT ALL CITIZENS HAVE THE RIGHT TO BE SECURE IN THEIR OWN

HOUSES, PAPERS, AND OTHER EFFECTS.   WHEN THE OFFICER(S) SUPPORT

ILLEGAL ACTIVITIES BY FAMILY MEMBERS THAT HAVE NO LEGAL TIES TO ANY

PART OF THIS PROPERTY OR BUILDINGS,   AND GIVE ME ORDERS TO LEAVE

STOLEN, PROPERTY IN MY HOUSE,   HAS NO SENSE OF RIGHT OR WRONG.

ITEM NO 10. STATES, "COUNTY PEACE OFFICERS ARE IMMUNE FROM TORT

LIABILITY FOR PERFORMING THEIR DUTY",    THE DEFENDANTS ATTORNEY
FAILS TO DISTINGUISH THAT THIS CASE IS IN FEDERAL COURT, AND THE
DOMINATING RULE OF LAW IS THE UNITED STATES CONSTITUTION, 11th
AMENDMENT,  THAT GIVES EVERY CITIZEN THE RIGHT TO SUE AND BE SUED, AS
LONG AS THEY ARE RESIDENTS OF THE SAME STATE THEREFORE NOT ANY
OTHER FEDERAL OR STATE LAW, CARRIES THIS RIGHT.  Ala Code 1975, s/s 6-5-38(a)
IS WORTHLESS.

IN ITEM NO 11,  "THE DEFENDANT NAMED BY PLAINTIFF, DID NOT
PERFORM THE ARREST OF PLAINTIFF, THEREFORE, PROXIMATE CAUSE IS A
NECESSARY ELEMENT," THE ABILITY TO UNDERSTAND WHAT THE COMPLAINT
IS ABOUT, AS FOUND ON THE FIRST PAGE OF MY ORIGINAL COMPLAINT, "**THIS
COMPLAINT IS FILED AGAINST THE DEFENDANT ABOVE THAT IS INVOLVED
IN DESTROYING MY CONSTITUTIONAL RIGHTS AS AN AMERICAN CITIZEN."**
THE ONES INVOLVED ARE LISTED IN THE ORIGINAL COMPLAINT, WITH CAUSE
OF ACTION, JURISDICTION, PROPERLY SERVED WITH A SUMMONS AND A COPY
OF THE COMPLAINT IN AND ACCORDING TO FEDERAL RULES 3, 4, AND 5.  WITH
TIME LIMITS ON A REPLY, AND THE REQUIRED RESULTS IF THIS TIME LIMIT IS
NOT FOLLOWED,  AND NOT CONSIDERING BREAKING THEIR OATH OF OFFICE AS
A FELONY, AND COMMITTING PERJURY A CRIME.. .

IN ITEM NO.12,  "NOT ONLY IS THE PLAINTIFF UNABLE TO PROVIDE A
VIOLATION OF HIS RIGHTS UNDER THE UNITED STATES CONSTITUTION OR
FEDERAL LAWS, BUT HE HAS FAILS TO EVEN ALLEGES ANY VIOLATION OF THE

**05.**

UNITED STATES CONSTITUTION OR ANY FEDERAL LAW".. THIS ONLY SHOWS
THAT THE DEFENSE ATTORNEY HAS NEVER READ THE ORIGINAL COMPLAINT,
OR DOES NOT HAVE THE ABILITY TO UNDERSTAND WHAT HE HAS READ.
DEFENDANTS ATTORNEY TO LEGALLY DEFEND ANY CLIENT IN FEDERAL COURT
IS LIMITED, WHEN THE TOTAL ISSUE INVOLVING A GUARANTEED UNITED
STATES CONSTITUTION, DUE PROCESS OF LAW HAS ALREADY BEEN AN
ESTABLISHED LAW, THAT IS NON - DEBATABLE, AND THE WORD **DENIED,** IS
ILLEGAL ANSWER FOR THE COURT OR JUDGE TO USE, THAT ADDS TO THE
ILLEGALITY OF THE CASE.    USING THIS MAKES THE COURT AND JUDGE
GUILTY OF DENYING THE GUARANTEED DUE PROCESS OF LAW, AND GUILTY OF
BREAKING THEIR OATH OF OFFICE AND PERJURY..

THE UNITED STATES CONSTITUTION SET UP DISTRICTS COURTS FOR
LOCAL CASES TO BE HEARD IN THE PROPER JURISDICTION AND FEDERAL
DISTRICTS COURTS FOR TRIALS INVOLVING CONSTITUTIONAL RIGHTS AND
FEDERAL QUESTIONS AS GIVEN IN RULE 28 U. S. C. A.  81, s/s et, seq..

WHEN ANY RULE OF LAW,  LIKE THIS ONE, IS COVERED IN THE
GUARANTEED DUE PROCESS, AS GIVEN IN THE CONSTITUTION OF THE UNITED
STATES, COVERING THE RIGHT FOR EVERY CITIZEN TO BE HEARD AND HAVE
THEIR DAY IN COURT, THIS RULE, ANY PART OF IT,  OR ANY OTHER CAN NOT BE
USED TO DENY THIS RIGHT, WHERE THIS CONCEPT OF THE DUE PROCESS OF
LAW, IS EMBODIED IN THE FIFTH AMENDMENT OF THE UNITED STATES
CONSTITUTION AND HAS PRESTIGE OVER ANY OTHER RULE OF LAW, COURT

**06.**

ORDERS, OR JUDGES, THAT ATTEMPTS TO BLOCK THIS CASE IN COURT.  U, S.  V:
Smith, D. C. Iowa, 249 App.  Supp.  515, 516

THE SEVENTH AMENDMENT OF THE UNITED STATES CONSTITUTION
REQUIRES A TRIAL BY AN IMPARTIAL JURY, ON EITHER CIVIL OR CRIMINAL
CASES AND ALL ISSUES BETWEEN THE PARTIES MUST BE SETTLED, WEATHER
THEY BE ISSUES OF LAW OR FACTS, WITH NO FORM OF RESTRICTIONS ADDED
ON.

WHEN PUBLIC OFFICIALS TAKE AN OATH OF OFFICE, THEY ARE REQUIRED
TO ABIDE BY THE FEDERAL LAWS AND AMENDMENTS AS SO GIVEN IN THE
UNITED STATES CONSTITUTION, OR THEY HAVE COMMITTED A FELONY AND
PERJURY.   THE PAPER TRAIL IN THESE CASES, THAT I HAVE BEEN INVOLVED
WITH, LEAVES NO DOUBT THAT ALL HAVE NOT ABIDED BY THE OATH OF
OFFICE.  THE OATH OF OFFICE BINDS THAT PARTY WHEN THEY ASSUME, OR IS
CHARGED WITH THAT OFFICE, HEREBY DECLARING THAT THEY WILL
**FAITHFULLY** AND **TRUTHFULLY,** DISCHARGE THE DUTIES OF THAT OFFICE AND
UP - HOLD ALL THE LAWS EQUALLY, AS SO GIVEN IN THE CONSTITUTION OF THE
UNITED STATES OF AMERICA, AND STATUES THAT MAY APPLY TO THAT
PARTICULAR CASE.    ART. VI, U. S.  CONSTITUTION.   THAT THIS ATTESTATION
OR PROMISE IS UNDER A IMMEDIATE SENSE OF RESPONSIBILITY TO **GOD.**
WHERE ONE WILLFULLY ASSERTS UNTRUE STATEMENTS ARE PUNISHABLE FOR
PERJURY AND GUILTY OF A FELONY, BY BREAKING THIS OATH OF OFFICE.
ART. II Sec. I U. S. Const.  Vaughn V: State 146, Tex. Cr. R. 585, 177, S. W. 2d, 59, 60..

**07.**

ANY ACTION FILED IN COURT IS NOT MERELY TO COMMENCE OF, BUT MUST FOLLOW IT TO AN ULTIMATE CONCLUSION, BEFORE A TRIBUNAL, FOR THE PURPOSE OF DETERMINING THE GUILTY OR INNOCENCE OF THE PERSON THAT IS CHARGED WITH THE CRIME.. U.S. V: Reisinger 128, U. S. 396, 9, S. CT.99, 32, L. E. D. 480..

UNDER THE FEDERAL RULES OF COURT, 3. 4..5, THE GUARANTEED DUE PROCESS OF LAW, AT THE BEGINNING OF ANY ACTION THE COMPLAINT AND SUMMONS MUST BE FILED WITH THE CLERK OF THAT COURT AND DATE GIVEN FOR THE TIME THAT THE ANSWER MUST BE RECEIVED OR THE DEFENDANT HAS TO BARE THE FOREGOING RESULTS, AS ASKED FOR IN THE COMPLAINT.  WHEN THE ANSWER IS NOT RECEIVED WITH IN THE REQUIRED TIME LIMIT, AS GIVEN ON THE SUMMONS,  DEFAULT AND DEFAULT JUDGMENT MUST BE ENTERED AGAINST THEM..  THE DEFENDANTS WERE PROPERLY SERVED BY CERTIFIED MAIL, WITH RECEIPT RETURNED BACK TO THE CLERKS OFFICE, AS REQUIRED AS ONE OF THE PROPER METHODS OF SERVICE, IN THE FEDERAL RULES OF CIVIL PROCEDURES.. THE PROCESS THAT LEADS UP TO THE FILLING OF DEFAULT AND DEFAULT JUDGMENT AGAINST THE DEFENDANTS WAS SET UP UNDER THE DUE PROCESS OF LAW AS ESTABLISHED IN THE GUARANTEED RIGHTS OF THE UNITED STATES CONSTITUTION, THIS GIVES NO COURT OR JUDGE THE RIGHT TO USE ANY FORM OF **DENIED**, PLACE ANY RESTRICTIONS UPON ANY FORM OR USING ANY OTHER RULE OF LAW IMPROPER OR ILLEGAL, BECAUSE OF THIS GUARANTEED PROCESS...

**08.**

**CONCLUSION:**

THE MAJOR PROBLEM IN THIS CASE CAME WHEN THE JUDGE TRIED TO

PLAY TWO ROLLS, ACTING AS JUDGE AND ATTORNEY FOR THE DEFENDANTS AT

THE SAME TIME..   AFTER PROPER SERVICE WAS MADE BY THE U.S. MAIL, AND

DEFENDANT NEVER ANSWERED THE COMPLAINT IN THE ALLOWED TIME, THE

JUDGE TRIED EVERY ILLEGAL METHOD HE COULD COME UP WITH TO STALL

AND FIND SOME IMPROPER WAY TO DISMISS THIS CASE.   ALL OF THE ANSWER

YOU SENT IN AFTER DEFAULT AND DEFAULT JUDGMENT WAS FILED IS USELESS

AND MUST BE DECLARED NULL AND VOID, AS WELL AS YOUR MOTION TO

DISMISS.  AGAIN THE UNITED STATES CONSTITUTION GUARANTEES EVERY

CITIZEN THE RIGHT TO BE HEARD AND HAVE THEIR DAY IN COURT, THIS MAKES

YOUR MOTION TO DISMISS ILLEGAL AND ANOTHER CONSTITUTION VIOLATION

OF THE DUE PROCESS OF LAW.   USING THIS WORD TO DISMISS ANY

GUARANTEED PART OF THE DUE PROCESS OF LAW BY ANY COURT OR JUDGE IS

ILLEGAL, AND DENIES THE PLAINTIFF THE RIGHT TO BE HEARD IN ANY COURT.

THE FINAL DISPOSING OF AN ACTION, WHEN ALL ISSUES INVOLVED ARE

SETTLED TO THE PLAINTIFFS VOLUNTARY SATISFACTION, CAN BE HANDLED

WITHOUT A TRIAL..  FED. R. CIV.  P. 41, 41(a)..

GENE COGGINS

**09.**

# CERTIFICATE OF SERVICE

I, __GENE COGGINS__ ,DO HEREBY DECLARE UNDER THE PENALTY OF PERJURY, THAT I HAVE PLACED UPON THIS DAY A COPY OF THE COMPLAINT AND SUMMONS IN THE U.S. MAIL, SENT CERTIFIED WITH RETURN RECEIPT, TO OFFICE OF THE CLERK, WITH PROPER POSTAGE, AND TO THE LAST KNOWN ADDRESS OF THE DEFENDANT.


_Gene Coggins_____ **DATE AUGUST 15, 2007**_____
GENE COGGINS Pro st